| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: JENNIFER BORISSOFF | |
| Defendant: GLAXOSMITHKLINE, INC. | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083491 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER; STANDING ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:        GLAXOSMITHKLINE CONSUMER HEALTHCARE
   b. Person served:       BRUCE HICKS, ASSISTANT GENERAL COUNSEL, Black, Male, 45 Years Old,
                           5 Feet 9 Inches, 240 Pounds

4. Address where the party was served:    100 BEECHAM DRIVE
                                          PITTSBURGH, PA 15205

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 21, 2008 (2) at: 12:58PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GLAXOSMITHKLINE CONSUMER HEALTHCARE
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER                                   d. *The Fee for Service was:*    $100.00

   **2300 P Street**                                        e. I am: (3) registered California process server
   **Sacramento, CA 95816**                                     (i)   Independent Contractor
   **(916) 498-0808**                                           (ii)  Registration No.:
   **FAX (916) 498-0817**                                       (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Sat, Aug. 23, 2008

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (OUT OF STATE SERVER) | kjw.136109 |
|---|---|---|---|