| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: JENNIFER BORISSOFF
Defendant: GLAXOSMITHKLINE, INC.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083491 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER; STANDING ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:    GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.
   b. Person served:   WENDY SMITH, CUSTOMER SERVICE ASSOCIATE, White, Female, 32 Years Old, Blonde Hair, 5 Feet 6 Inches, 170 Pounds

4. Address where the party was served:    1000 GSK DRIVE
   MOON TOWNSHIP, PA 15108

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 18, 2008 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.
   Other: L.P.

7. Person Who Served Papers:            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER           d. The Fee for Service was: $100.00
   
   MOE'S PROCESS SERVING
   2300 P Street                            e. I am: (3) registered California process server
   Sacramento, CA 95816                     (i) Independent Contractor
   (916) 498-0808                           (ii) Registration No.:
   FAX (916) 498-0817                       (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Aug. 26, 2008

Judicial Council Form POS-010            PROOF OF SERVICE            (OUT OF STATE SERVER)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                    kjw.136111