| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KIRK J. WOLDEN ESQ., Bar #138902<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>*Telephone No:* 916-924-3100   *FAX No:* 916-924-1829 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* JENNIFER BORISSOFF
*Defendant:* GLAXOSMITHKLINE, INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV083491 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER; STANDING ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served: GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C.
   b. Person served: WENDY SMITH, CUSTOMER SERVICE ASSOCIATE, White, Female, 32 Years Old, Black Hair, 5 Feet 6 Inches, 170 Pounds

4. Address where the party was served: 1000 GSK DRIVE
   MOON TOWNSHIP, PA 15108

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 18, 2008 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C.
   Other: LLC

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER                        d. *The Fee for Service was:* $219.80

   **2300 P Street**                             e. I am: (3) registered California process server
   **Sacramento, CA 95816**                          (i) Independent Contractor
   **(916) 498-0808**                                (ii) Registration No.:
   **FAX (916) 498-0817**                            (iii) County:

   [MOE'S PROCESS SERVING seal]

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Aug. 26, 2008

Judicial Council Form POS-010          PROOF OF SERVICE          (OUT OF STATE SERVER)
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL CASE                          kjw.136110