LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
JOANNE C. CHAN (State Bar No. 201164)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
GlaxoSmithKline Consumer Healthcare L.P. and
GlaxoSmithKline Consumer Healthcare L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BORISSOFF and VALENTIN BORISSOFF,<br><br>Plaintiffs,<br><br>vs.<br><br>GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,<br><br>Defendants. | Case No. CV-08-3491 WHA<br><br>**STIPULATION FOR ADDITIONAL TIME TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: August 5, 2008 |

WHEREAS on August 5, 2008, plaintiffs Jennifer Borissoff and Valentin Borisoff filed their First Amended Complaint for Personal Injuries and Loss of Consortium and Demand for Jury Trial in the Northern District of California against GlaxoSmithKline, et al. (Case No. CV-08-3491-WHA); and

WHEREAS GlaxoSmithKline Consumer Healthcare, L.P. ("Healthcare, L.P.") was served with the First Amended Complaint on August 18, 2008; and

WHEREAS GlaxoSmithKline Consumer Healthcare L.L.C. ("Healthcare L.L.C.") was served with the First Amended Complaint on August 18, 2008; and

///

1  WHEREAS counsel for Healthcare L.L.C. and Healthcare L.P. represent that there is no
2  such entity as "GlaxoSmithKline Consumer Healthcare;" and

3  WHEREAS Rule 12 of Federal Rules of Civil Procedure require defendants to serve on
4  plaintiffs an answer or otherwise respond to the first amended complaint within 20 days after
5  service of the summons of the complaint; and

6  WHEREAS Northern District of California Civil Local Rule 6-1(a) provides that parties
7  may stipulate in writing, without a Court order, to extend the time within which to answer or
8  otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be
9  filed or lodged with the Court, provided the change will not alter the date of any event or any
10 deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil
11 Local Rule 5; and

12 WHEREAS the parties have agreed to allow defendants GlaxoSmithKline Consumer
13 Healthcare L.P. and GlaxoSmithKline Consumer Healthcare L.L.C., those defendants served with
14 the First Amended Complaint, additional time to answer or otherwise respond to the complaint in
15 this matter.

16 The parties by and through their counsel, Kirk J. Wolden, for plaintiffs Jennifer Borissoff
17 and Valentin Borissoff, and Gary T. Lafayette for defendants, hereby stipulate that defendants
18 GlaxoSmithKline Consumer Healthcare L.P. and GlaxoSmithKline Consumer Healthcare L.L.C.,
19 have up to and until September 22, 2008, to answer or respond to the first amended complaint in
20 this matter.

21 Dated: September 4, 2008          ARNOLD LAW FIRM

22                                   _____
                                     KIRK J. WOLDEN
23                                   Attorneys for Plaintiff
                                     JENNIFER BORISOFF and
24                                   VALENTIN BORISSOFF

25 Dated: September 5, 2008          LAFAYETTE & KUMAGAI LLP

26                                   _____
                                     GARY T. LAFAYETTE
27                                   Attorneys for Defendants
                                     GlaxoSmithKline Consumer
28                                   Healthcare L.P. and GlaxoSmithKline
                                     Consumer Healthcare L.L.C.

[Left margin: LAFAYETTE & KUMAGAI LLP, ATTORNEYS AT LAW, 100 SPEAR STREET, SUITE 600, SAN FRANCISCO, CALIFORNIA 94105, (415) 357-4600, FAX (415) 357-4605]

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on September 5, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                         */s/ Gary T. Lafayette*
                         GARY T. LAFAYETTE

Glax\Bori\Pldg\Stip re Answer FINAL.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3

STIPULATION FOR ADDITIONAL TIME TO ANSWER THE FIRST AMENDED COMPLAINT      Case No. CV-08-3491 WHA