UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED
08 SEP 25 PM 3:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BORISSOFF and VALENTIN BORISSOFF,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., and GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,<br><br>Defendants. | Case No: cv-08-03491-WHA<br><br>(PROPOSED)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Marcy Hogan Greer, an active member in good standing of the bar of the Southern District of Texas, whose business address and telephone number is 600 Congress Avenue, Suite 2400, Austin, TX 78701, (512-536-4581), having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants GlaxoSmithKline Consumer Healthcare L.P. and GlaxoSmithKline Consumer Healthcare L.L.C.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.



80316624.1

Dated: a/29/08



William Alsup

United States District Judge

80316624.1