1  ARNOLD LAW FIRM
   CLAYEO C. ARNOLD (State Bar No. 65070)
2  KIRK J. WOLDEN (State Bar No. 138902)
   608 University Avenue
3  Sacramento, California 95825
   Telephone:   (916) 924-3100
4  Facsimile:   (916) 924-1829
   clay@justice4you.com
5  kirk@justice4you.com

6  Attorneys for Plaintiffs
   JENNIFER BORISSOFF and VALENTIN BORISSOFF
7
   LAFAYETTE & KUMAGAI LLP
8  GARY T. LAFAYETTE (State Bar No. 088666)
   JOANNE C. CHAN (State Bar No. 201164)
9  100 Spear Street, Suite 600
   San Francisco, California 94105
10 Telephone:   (415) 357-4600
   Facsimile:   (415) 357-4605
11 glafayette@lkclaw.com
   jchan@lkclaw.com
12
   Attorneys for Defendants
13 GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C.
   and GLAXOSMITHKLINE CONSUMER HEALTHCARE,
14 L.P.

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 JENNIFER BORISSOFF and VALENTIN        Case No.  CV-08-3491 WHA
   BORISSOFF,
20
             Plaintiffs,
21
   vs.                                    **STIPULATION TO FILE SECOND
22                                        AMENDED COMPLAINT**
   GLAXOSMITHKLINE,
23 GLAXOSMITHKLINE CONSUMER
   HEALTHCARE, GLAXOSMITHKLINE
24 CONSUMER HEALTHCARE L.L.C.,
   GLAXOSMITHKLINE CONSUMER
25 HEALTHCARE, L.P.,

26           Defendants.                  Complaint filed: August 5, 2008

27

28

                                                                        1

1    WHEREAS on August 5, 2008, plaintiffs Jennifer Borissoff and Valentin Borissoff filed
2  their First Amended Complaint for Personal Injuries and Loss of Consortium and Demand for
3  Jury Trial in the Northern District of California against GlaxoSmithKline, et al. (Case No. CV-
4  08-3491-WHA); and

5    WHEREAS GlaxoSmithKline Consumer Healthcare, L.P. ("GSK CH, L.P.") was served
6  with the First Amended Complaint on August 18, 2008; and

7    WHEREAS GlaxoSmithKline Consumer Healthcare L.L.C. ("GSK CH L.L.C.") was
8  served with the First Amended Complaint on August 18, 2008; and

9    WHEREAS GSK CH, L.P. and GSK CH, L.L.C., upon a stipulation to extend time,
10 timely filed answers to plaintiffs' First Amended Complaint; and

11   WHEREAS on October 6, 2008 counsel for plaintiffs and defendants convened and met
12 pursuant to Federal Rule of Civil Procedure 26;

13   WHEREAS, in defendants' Original Answer, Corporate Disclosures and Certification of
14 Interested Entities or Persons and at the Rule 26 meeting, counsel for defendants disclosed that
15 GSK CH, L.P. is a limited partnership; that GSK CH, L.L.C., a limited liability company, is the
16 sole general partner in GSK CH L.P.; that SmithKline Beecham Corporation d/b/a
17 GlaxoSmithKline is a limited partner in GSK CH, L.P.; and that SmithKline Beecham
18 Corporation d/b/a GlaxoSmithKline is the only member of GSK CH L.L.C.  Furthermore,
19 defendants allege in their Original Answer that Block Drug Company, Inc. is the entity
20 responsible for the manufacture, design, distribution and related activities as to Poligrip. and

21   WHEREAS plaintiffs desire to amend their First Amended Complaint to add the Block
22 Drug Company, Inc. and SmithKline Beecham Corporation d/b/a GlaxoSmithKline and will
23 allege their respective business associations that, if proven, Plaintiffs contend will give rise to
24 either direct liability under the "alter ego" theory and/or vicarious liability under an agency
25 theory;

26   WHEREAS plaintiffs must serve defendants and the proposed additional defendants with
27 the Second Amended Complaint and the defendants and proposed additional defendants will need
28 to file a responsive pleading to the Second Amended Complaint; and

1 | WHEREAS Federal Rule of Civil Procedure 15 allows plaintiffs to file an amended complaint after one or more defendants appear with the consent of opposing party; and

WHEREAS even though defendants GSK CH L.P. and GSK CH L.L.C. do not believe that SmithKline Beecham Corporation d/b/a GlaxoSmithKline is either a proper or necessary party to this action, they have consented to the filing of plaintiffs' Second Amended Complaint wherein Plaintiffs will add Block Drug Company, Inc. and SmithKline Beecham Corporation as party defendants. It is understood and agreed by the parties that by this consent, GSK CH L.P. and GSK L.L.C. are not waiving any defenses that either Block Drug Company, Inc. or SmithKline Beecham Corporation d/b/a GlaxoSmithKline may have as to any of plaintiffs' allegations against those entities.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiffs shall be and are hereby allowed to file a Second Amended Complaint to identify Block Drug Company, Inc. and SmithKline Beecham Corporation d/b/a GlaxoSmithKline as additional defendants.

IT IS FURTHER HEREBY STIPULATED by and between the parties, through their respective counsel, that defense counsel shall accept service of process on behalf of Block Drug Company, Inc. and SmithKline Beecham Corporation d/b/a GlaxoSmithKline and that all defendants shall have the statutory time to file responsive pleadings to the Second Amended Complaint.

///
///
///
///
///
///
///
///
///

3

1  IT IS FURTHER HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that none of the present party defendants or the two future party defendants
3  to be added in the Second Amended Complaint are waiving any of their respective substantive
4  and/or procedural defenses and/or rights by virtue of this stipulation.

6  Dated: October ___, 2008                      ARNOLD LAW FIRM

7                                                By: _____
                                                  KIRK J. WOLDEN
8                                                 Attorney for the Plaintiffs
                                                  JENNIFER BORISSOFF and VALENTINE
9                                                 BORISSOFF

11 Dated: October 22, 2008                       LAFAYETTE & KUMAGAI LLP

12                                                 /s/ Gary T. Lafayette
                                                  GARY T. LAFAYETTE
13                                                Attorneys for Defendant
                                                  GLAXOSMITHKLINE

IT IS SO ORDERED.

Dated: October 27, 2008

*IT IS SO ORDERED*
*Judge William Alsup*

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO FILE SECOND AMENDED COMPLAINT