| | |
|---|---|
| 1 | Donald F. Zimmer, Jr. (State Bar No. 112279)<br>Cheryl A. Sabnis (State Bar No. 224323) |
| 2 | KING & SPALDING LLP<br>Four Embarcadero Center |
| 3 | Suite 3500<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
| 5 | fzimmer@kslaw.com<br>csabnis@kslaw.com |
| 6 | |
| 7 | Attorneys for Defendant<br>SMITHKLINE BEECHAM CORPORATION d/b/a |
| 8 | GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER<br>HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER |
| 9 | HEALTHCARE, L.P., and BLOCK DRUG COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JENNIFER BORISSOFF and VALENTIN BORISSOFF, | | Case No. CV-08-3491-WHA |
| | Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |
| v. | | |
| SMITHKLINE BEECHAM dba GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY, INC., | | |
| | Defendants. | |

1

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV-08-3491-WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendants SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY INC. (collectively "Defendants") hereby substitute Donald F. Zimmer, Jr. and Cheryl A. Sabnis, of the law firm of King & Spalding LLP as attorney of record in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to the undersigned at:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

Dated: December 30, 2008

SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY.

/s/ Ellen Hudock /s/
Ellen Hudock
Senior Counsel

I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

Dated: December 30, 2008                    LAFAYETTE & KUMAGAI LLP

                                            /s/ Gary T. Lafayette /s/
                                            Gary T. Lafayette
                                            Joanne Chan

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

Dated: December 30, 2008                    KING & SPALDING LLP

                                            Donald F. Zimmer, Jr.
                                            Donald F. Zimmer, Jr.
                                            Cheryl A. Sabnis

                                            Attorneys for Defendants
                                            SMITHKLINE BEECHAM CORPORATION
                                            D/B/A GLAXOSMITHKLINE,
                                            GLAXOSMITHKLINE CONSUMER
                                            HEALTHCARE L.L.C.,
                                            GLAXOSMITHKLINE CONSUMER
                                            HEALTHCARE, L.P., and BLOCK DRUG
                                            COMPANY.

I hereby certify that Ellen Hudock, Gary T. Lafayette and Donald F. Zimmer, Jr., concur in the e-filing of this document.

Dated: December 30, 2008

                                            /s/ Cheryl A. Sabnis /s/
                                            Cheryl A. Sabnis

3

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV-08-3491-WHA

     The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Cheryl A. Sabnis of the law firm of King & Spalding LLP as counsel for Defendants in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

     Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

It is so ordered.

Dated: December 31, 2008

_____
Hon. William Alsup
Judge of District Court

*IT IS SO ORDERED*
*Judge William Alsup*

---

4

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV-08-3491-WHA